IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:16-122 |
| | ) | |
| -versus- | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| ZAQUANN ERNEST HAMPTON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SENTENCING MEMORANDUM AND MOTION FOR DOWNARD VARIANCE FROM THE GUIDELINE RANGE**

COMES now Zaquann Ernest Hampton, by and through his undersigned counsel, and pursuant to the provisions of Title 18, United States Code, § 3553, respectfully files this, his Memorandum regarding the sentence to be imposed herein and states as follows:

### I. INTRODUCTION: FACTUAL BACKGROUND AND PROCEDURAL HISTORY

1. Zaquann Hampton is a 24 year old male who is present before the Court having pled guilty to Count 2 of the Indictment on January 23, 2017.

2. That on November 7, 2012 Zaquann Hampton was arrested by Dorchester County officials and charged with attempted murder. He was confined at Dorchester County jail from the date he turned himself in, on November 7, 2012, until, on motion of the state, the attempted murder charge was nolle prossed on June 6, 2013. Zaquann Hampton has spent seven (7) months in the Dorchester County jail.

3. The subject indictment in this Court was an adoption of the state charges by the Department of Justice.

## II. SUMMARY OF SENTENCING RECOMMENDATIONS TO THE COURT

4. Zaquann Hampton is before the Court as the result of a negotiated plea instituted by the Department of Justice. Zaquann Hampton pled to Count 2 with a guideline range, depending on his criminal history: If criminal history category II, 70 - 87 months. If criminal history category III, 78 - 97 months. Unfortunately, it is settled that Zaquann Hampton falls into criminal history category III.

5. It should be noted that, at the time of the commission of this offense, Zaquann Hampton was 18 years of age. If my information is correct, he was the youngest of the people in this indictment before this court.

6. This conviction is Zaquann Hampton's first felony conviction.

7. Zaquann Hampton was returned to the jurisdiction of this Court on December 30, 2016 following the service of a probation violation charge in state prison. Zaquann Hampton has been in custody since that time.

## III.    LEGAL ANALYSIS FOR SENTENCING AFTER UNITED STATES v. BOOKER

8. Since *Booker*, Circuit Courts under Chapter 5H restrictions must give way to the discretion of the Court under §3553 to include family ties and responsibilities (5H1.6).

9. It has been consistent in the Fourth Circuit and across the country that §3553 is directive and sentences should be "sufficient, but not greater than necessary to achieve the purposes of sentencing."

10. Said approach should also be factored in with the "reasonableness" standard in light of 3553(a) and the need to avoid unwarranted sentencing disparities among defendants with similar records and who have been found guilty of similar conduct: 3553 (a)(6).

### IV: INDIVIDUAL CHARACTERISTICS OF ZAQUANN HAMPTON AND HIS FAMILY

11. As stated above, Zaquann Hampton was 18 years of age when this offense occurred, counsel believes, the youngest of the men before this Court.

12. That it was Zaquann Hampton's first and only felony conviction in any court.

13. While incarcerated, Zaquann Hampton became the father of a child who is healthy and will need his support.

### IV. CONCLUSION

It is Zaquann Hampton's wish that the Court would vary downward from the established guideline range and pass a sentence taking into consideration the age of Zaquann Hampton and the amount of jail time that he has served prior to sentencing.

Respectfully Submitted,

*s/ David P. McCann*

DAVID P. McCANN
Federal #: 2908
900 Bowman Road, Suite 100
Mount Pleasant, SC 29464
(843) 722-6204 – Phone
(843) 722-6210 – Fax
dmccann@mccannlawfirm.com

Mount Pleasant, South Carolina
This 21st day of November, 2017