✎Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Zaquann Ernest Hampton                **Case Number:** 2:16CR00122-004

**Name of Sentencing Judicial Officer:** The Honorable David C. Norton, United States District Judge

**Date of Original Sentence:** November 28, 2017

**Original Offense:** Attempted Murder in Aid of Racketeering, in violation of 18 U.S.C. §1959(a)(5).

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 84 months followed by 36 months supervised release.

**Type of Supervision:** Term of Supervised Release   **Date Supervision Commenced:** February 18, 2022

**Assistant U.S. Attorney:** Allessandra E. Stewart         **Defense Attorney:** David Paul McCann

**Previous Court Action/Notifications:** On May 3, 2022, Your Honor was notified that the defendant tested positive for marijuana on April 27, 2022 during his initial intake. No action was taken at that time.

## PETITIONING THE COURT

X      To issue a warrant (petition and warrant to remain under seal)

☐      To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C                                                                                                                                  Page 2
(Rev. 10/20 - D/SC)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Failure to Refrain from New Criminal Conduct:** On August 10, 2022, the defendant was arrested by the Colleton County Sheriff's Office for Failure to Stop for Blue Lights. According to the supplemental incident report, at approximately 7:00 pm, officers made contact with the vehicle driven by the defendant, and after asking the occupants about the odor of marijuana emitting from the vehicle, the defendant became loud and agitated. A few moments later the defendant put the vehicle in drive and sped away from the traffic stop, officers pursued the vehicle as it accelerated to speeds near 90 mph and driving into the opposite lane of travel. The defendant continued to flee from law enforcement until he stopped and jumped out of the vehicle to flee into the woods on foot. |
| 2. | **Failure to Refrain from Associating with Persons engaging in Criminal Activity:** According to the Colleton County Sheriff's Office supplemental incident report dated August 11, 2022, the passenger, Rashawn Brown, of the vehicle driven by the defendant admitted he did have a small amount of marijuana on his person. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 11, 2022

*Christian M. Chamberlain*
Christian M. Chamberlain
U.S. Probation Officer
Charleston Office

Reviewed and Approved By:

*Gregory S. Russ*
Gregory S. Russ
Supervising U.S. Probation Officer

✏Prob 12C                                                                                                                              Page 3
(Rev. 10/20 - D/SC)

## THE COURT ORDERS:

☐      No action.

☒      The issuance of a warrant.

            **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐      The issuance of a summons.

## BOND CONSIDERATION:

☒      Bond to be set at the discretion of the United States Magistrate Judge.

☐      No bond to be set.

☐      Other (specify):

David C. Norton
U.S. District Judge

August 11, 2022
                Date